Official Form 7
(10/05)

# UNITED STATES BANKRUPTCY COURT

### NORTHERN _____ **DISTRICT OF** _____ Illinois _____

In re: _____ POTESTA, D. & K. _____,         Case No. _____
                  Debtor                                          (if known)

## STATEMENT OF FINANCIAL AFFAIRS

    This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  Do not include the name or address of a minor child in this statement.  Indicate payments, transfers and the like to minor children by stating "a minor child."  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

    Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

    *"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

    *"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

---

    **1.   Income from employment or operation of business**

None
☐
    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

        AMOUNT                                                SOURCE

                             See Rider to Statement of Financial Affairs Question 1

2

**2.   Income other than from employment or operation of business**

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                          SOURCE

**3.   Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None
☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See Rider to Statement of Financial Affairs Question 3b | | | |

None
☑

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.   Suits and administrative proceedings, executions, garnishments and attachments**

3

None
☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Rigoni v. Potesta 07LM2054 | Forceable Entry & Detainer | Circuit Court, 19th Judicial Circuit | Pending |
| Bank United v. Potesta 07CH2817 | Mortgage Foreclosure | Circuit Court, 19th Judicial Circuit | Pending |

None
☐ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

See Answer to Statement of Financial Affairs
Question 5

**5.  Repossessions, foreclosures and returns**

None
☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

See Rider to Statement of Financial Affairs
Question 5

**6.  Assignments and receiverships**

None
☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

Case 07-21791   Doc 1-2   Filed 11/20/07   Entered 11/20/07 11:30:10   Desc
Statement of Financial Affairs and Statement of Intent   Page 4 of 22

4

None ☑    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
|---|---|---|---|
|  |  |  |  |

### 7. Gifts

None ☐    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Kylie Rae Potesta | daughter | 07/24/2007 | Laptop computer & printer $1899.93 |

### 8. Losses

None ☑    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
|  |  |  |

### 9. Payments related to debt counseling or bankruptcy

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

See Rider to Statement of Financial Affairs
Question 9

### 10. Other transfers

5

None ☐    a.   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  |  | DESCRIBE PROPERTY |
| NAME AND ADDRESS OF TRANSFEREE, | | TRANSFERRED AND |
| RELATIONSHIP TO DEBTOR | DATE | VALUE RECEIVED |

See Rider to Statement of Financial Affairs Question 10a

None    b.   List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER | DATE(S) OF | AMOUNT OF MONEY OR DESCRIPTION |
| DEVICE | TRANSFER(S) | AND VALUE OF PROPERTY OR DEBTOR'S |
|  |  | INTEREST IN PROPERTY |

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | TYPE OF ACCOUNT, LAST FOUR |  |
| NAME AND ADDRESS | DIGITS OF ACCOUNT NUMBER, | AMOUNT AND |
| OF INSTITUTION | AND AMOUNT OF FINAL BALANCE | DATE OF SALE |
|  |  | OR CLOSING |

**12. Safe deposit boxes**

None  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS | NAMES AND ADDRESSES | DESCRIPTION | DATE OF TRANSFER |
| OF BANK OR | OF THOSE WITH ACCESS | OF | OR SURRENDER, |
| OTHER DEPOSITORY | TO BOX OR DEPOSITORY | CONTENTS | IF ANY |

**13. Setoffs**

6

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14.  Property held for another person**

None ☐ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

See Rider to Statement of Financial Affairs
Question 14

---

**15.  Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

---

**16.  Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

7

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

|  SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
☑  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

|  SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
☑  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None
☐  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

8

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

See Rider to Statement of
Financial Affairs Question
18a

_____

None
☑    b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                        ADDRESS

_____

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director,  managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)*

_____

### 19.  Books, records and financial statements

None
☐    a.  List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                        DATES SERVICES RENDERED

See Rider to Statement of Financial Affairs Question
19a

_____

None
☑    b.  List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                        DATES SERVICES RENDERED

_____

None
☑    c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

NAME                                        ADDRESS

_____

9

None ☑    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS            DATE ISSUED

UPS Capitol

August 2006

**20. Inventories**

None ☑    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY |
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None ☑    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

|  | NAME AND ADDRESSES OF CUSTODIAN |
| DATE OF INVENTORY | OF INVENTORY RECORDS |

**21 . Current Partners, Officers, Directors and Shareholders**

None ☑    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |

None ☑    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE |
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |

**22 . Former partners, officers, directors and shareholders**

None ☑    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |

None ☑    b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☑    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ☐    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| *Potesta Enterprises, Inc.* | *36-2829845* |

**25. Pension Funds.**

None ☑    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

\*   \*   \*   \*   \*   \*

11

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____11/15/2007_____    Signature _____
                            of Debtor

Date _____11/15/2007_____    Signature _____
                            of Joint Debtor
                            (if any)

---

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____    Signature _____

                                _____
                                Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3)  if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No.(Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X_____                    _____
  Signature of Bankruptcy Petition Preparer                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  18 U.S.C. § 156.*

**In Re: David & Kimberly Potesta**
**U.S. Bankruptcy Court for the Northern District of Illinois, Eastern Division**

### RIDER TO STATEMENT OF FINANCIAL AFFAIRS QUESTION 1
### INCOME FROM EMPLOYMENT OR OPERATION OF BUSINESS

#### Income for Kimberly Potesta

| Year | Amount | Source |
|------|--------|--------|
| 2007 | $ 10,284.60 | Potesta's Gurnee LLC, 5572 Grand, Gurnee, IL 60031 |

#### Income for David Potesta

| Year | Amount | Source |
|------|--------|--------|
| 2007 | $ 13,000.00 | Potesta's Gurnee LLC, 5572 Grand, Gurnee, IL 60031 |
| 2007 | $ 4,500.00 | DP Restaurant Group LLC, 5572 Grand, Gurnee, IL 60031 |
| 2007 | $ 31,080.78 | Potesta's Gurnee LLC, 5572 Grand, Gurnee, IL 60031 |
| 2006 | $ 22,190.00 | Potesta Enterprises, Inc., 434 S. Greenbay, Waukegan, IL 60085 |
| 2006 | $ 13,000.00 | Potesta's Gurnee LLC, 5572 Grand, Gurnee, IL 60031 |
| 2006 | $ 6,129.00 | Rental Properties |
| 2005 | $ 53,135.00 | Potesta Enterprises, Inc., 434 S. Greenbay, Waukegan, IL 60085 |
| 2005 | $ 22,920.00 | Rental Properties |

**In Re: David & Kimberly Potesta**
**U.S. Bankruptcy Court for the Northern District of Illinois, Eastern Division**

### RIDER TO STATEMENT OF FINANCIAL AFFAIRS QUESTION 3b
### PAYMENTS TO CREDITORS

During the ninety-day period prior to the filing of this case, the Potestas made payments in the aggregate over $5,000.00 from their Bank Financial Checking Account #7160000648 related to their investment properties*:

| NAME AND ADDRESS OF CREDITOR | PROPERTY FOR WHICH TRANSFER WAS MADE | DATES OF PAYMENTS | AMOUNT PAID |
|---|---|---|---|
| IndyMac Bank PO Box 78826 Phoenix, AZ 85062-8826 | 625 Riverside Drive Libertyville, IL 60048 | 08/15/07 | $   737.68 |
| IndyMac Bank | 415 Wrightwood Terrace Libertyville, IL 60048 | 08/15/07 | $   726.63 |
| IndyMac Bank | 300 E. Church Street Libertyville, IL 60048 | 08/15/07 | $ 1,052.95 |
| IndyMac Bank | 415 Wrightwood Terrace Libertyville, IL 60048 | 09/14/07 | $   726.63 |
| IndyMac Bank | 625 Riverside Drive Libertyville, IL 60048 | 09/14/07 | $   737.68 |
| IndyMac Bank | 300 E. Church Street Libertyville, IL 60048 | 09/14/07 | $ 1,131.92 |
| IndyMac Bank | 415 Wrightwood Terrace Libertyville, IL 60048 | 10/15/07 | $   726.63 |
| IndyMac Bank | 625 Riverside Drive Libertyville, IL 60048 | 10/15/07 | $   737.68 |
| IndyMac Bank | 300 E. Church Street Libertyville, IL 60048 | 10/15/07 | $ 1,131.92 |
| Lake County Collector 18 N. County Street Waukegan, IL 60085 | 625 Riverside Drive Libertyville, IL 60048 | 09/06/07 | $ 3,495.82 |
| Lake County Collector | 300 E. Church Street Libertyville, IL 60048 | 09/06/07 | $ 2,555.42 |
| Lake County Collector | 415 Wrightwood Terrace Libertyville, IL 60048 | 09/06/07 | $ 2,865.23 |

*One-half of these payments were made by and on behalf of Mr. Potesta's sister, Linda Brown, who is a one-half owner of these properties.

**In Re: David & Kimberly Potesta**
**U.S. Bankruptcy Court for the Northern District of Illinois, Eastern Division**

### RIDER TO STATEMENT OF FINANCIAL AFFAIRS QUESTION 5
### REPOSSESSIONS, FORECLOSURES AND RETURNS

Within one year immediately preceding the commencement of this case, the following motor
vehicles were either returned by the Potestas or repossessed by the Creditor:

| NAME AND ADDRESS OF CREDITOR | DATE OF REPOSSESSION | DESCRIPTION | VALUE |
|---|---|---|---|
| Volkswagen Credit PO Box 17497 Baltimore, MD 21297-1497 | 10/11/2007 | 2005 Volkswagen Beetle (personal) | undetermined |
| Consumers Credit Union 1210 S. Lake Street PO Box 503 Mundelein, IL 60060-0503 | 10/18/2007 | 2006 Hyundai Sonata (personal) | undetermined |
| Consumers Credit Union 1210 S. Lake Street PO Box 503 Mundelein, IL 60060-0503 | 10/15/2007 | 2001 Kia Rio (used by Potesta Enterprises, Inc. for delivery) | undetermined |
| Consumers Credit Union 1210 S. Lake Street PO Box 503 Mundelein, IL 60060-0503 | 10/15/2007 | 2001 Kia Rio (used by Potesta Enterprises, Inc. for delivery) | undetermined |
| Consumers Credit Union 1210 S. Lake Street PO Box 503 Mundelein, IL 60060-0503 | 10/15/2007 | 2003 Chevy Truck (used by Potesta Enterprises, Inc. for catering) | undetermined |

See also Rider to Schedule B-25

**In Re: David & Kimberly Potesta**
**U.S. Bankruptcy Court for the Northern District of Illinois, Eastern Division**

## RIDER TO STATEMENT OF FINANCIAL AFFAIRS QUESTION 9
## PAYMENTS RELATED TO DEBT COUNSELING OR BANKRUPTCY

Within one year immediately preceding the commencement of this case, the Potestas made the following payments related to debt counseling and bankruptcy:

| NAME AND ADDRESS | DATE OF PAYMENT | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Mark J. Rose, Esq. Law Offices of Mark J. Rose 200 W. Adams Street, Suite 2850 Chicago, Illinois 60606 | 08/30/2007 | Legal services n connection with bankruptcy filing | $ 5,000.00 |
| Mark J. Rose, Esq. Law Offices of Mark J. Rose 200 W. Adams Street, Suite 2850 Chicago, Illinois 60606 | 10/30/2007 | Court filing fees in connection with bankruptcy filing | $   299.00 |
| Cricket Debt Counseling | 09/25/2007 | Bankruptcy counseling | $    35.00 |

**In Re: David & Kimberly Potesta**
**U.S. Bankruptcy Court for the Northern District of Illinois, Eastern Division**

### RIDER TO STATEMENT OF FINANCIAL AFFAIRS QUESTION 10a
### OTHER TRANSFERS

During the two-year period immediately preceding the commencement of this case, the Potestas made the following transfers:

On October 25, 2007, the Potestas sold 1100 shares of stock in Stem Cell Stocks to Ameritrade, PO Box 2270, Omaha, NE 68103-2270 for the amount of $2,309.08.

On August 29, 2007, the Potestas sold 275 shares of stock in IRA to Allianz Funds, PO Box 9689, Providence, RI 02940-9689 for the amount of $2,975.51.

At or about May 24, 2006, the Potestas granted UPS Capital, 280 Trumbull Street, Floor 12, Hartford, CT 06103 the following collateral to partially secure the repayment of a $496,000.00 loan to Potesta's Gurnee, LLC:

Second mortgage on commercial real estate located at 19 W. Rollins Rd., Round Lake Beach, IL 60073;

Third mortgage on personal residence located at 739 Hillcrest Drive, Libertyville, IL 60048;

Second mortgage on investment real estate located at 625 Riverside Drive, Libertyville, IL 60048; and

Second mortgage on investment real estate located at 415 Wrightwood Terrace, Libertyville, IL 60048.

**In Re: David and Kimberly Potesta**
**U.S. Bankruptcy Court for the Northern District of Illinois, Eastern Division**

### RIDER TO STATEMENT OF FINANCIAL AFFAIRS QUESTION 14
### PROPERTY HELD FOR ANOTHER PERSON

The Potestas hold or control the following property owned by others:

| Description | Location | | Amount |
|---|---|---|---|
| Checking Account #7160000648<br>(The funds in this account are derived from and used for the investment properties which the Potestas own with Mr. Potesta's sister, Linda Brown. As such, one-half of these funds belong to Ms. Brown) | Bank Financial<br>1409 W. Peterson<br>Libertyville, IL 60048 | J | $   774.84 |
| Checking Account #686263518<br>(These funds belong exclusively to the Potesta's daughter, Kylie Potesta, whose name also is on the account.) | Chase Bank<br>Chicago, IL 60670 | J | $   51.07 |
| Checking Account #215 9029 4<br>(These funds belong exclusively to Mr. Potesta's mother, Frances Potesta, who name also is on the account.) | NorStates Bank<br>1601 N. Lewis Ave.<br>Waukegan, IL 60085 | J | $   740.52 |

Mr. Potesta, as a shareholder and officer of Potesta Enterprises, Inc., a defunct Illinois corporation, controls the following banking accounts:

| Description | Location | | Amount |
|---|---|---|---|
| Checking Account #450023-166-7 | Charter One<br>PO Box 9799<br>Providence, RI 02940-9799 | H | $   4,500.00 |
| Checking Account #7234424484 | Fifth Third Bank<br>PO Box 740789<br>Cincinnati, OH 45274-0789 | H | $   130.07 |
| Checking Account #5473782402008486 | Fifth Third Bank<br>PO Box 740789<br>Cincinnati, OH 45274-0789 | H | $   5,000.00 |

See also Rider to Schedule B-2

**In Re: David & Kimberly Potesta**
**U.S. Bankruptcy Court for the Northern District of Illinois, Eastern Division**

### RIDER TO STATEMENT OF FINANCIAL AFFAIRS QUESTION 18a
### NATURE, LOCATION AND NAME OF BUSINESS

During the six years immediately preceding the commencement of this case, Mr. Potesta has been an officer, director, partner, managing executive, sole proprietor or has been self-employed on a full- or part-time basis in the following businesses:

| NAME AND ADDRESS | FEIN | NATURE | OPENED | CLOSED |
|---|---|---|---|---|
| Potesta Enterprises, Inc. | 36-2829845 | Restaurant | | |
| 434 S. Greenbay Road Waukegan, IL 60085 | | | 01/1994 | 08/2007 |
| and | | | | |
| 19 W. Rollins Road Round Lake Beach, IL 60073 100% shareholder | | | 05/2005 | 06/2007 |
| Potesta's Gurnee LLC 5572 Grand Ave., Suite 2 Gurnee, IL 60031 25.5% shareholder | 20-4583758 | Restaurant | 07/2006 | remains open |
| DP Restaurant Group, LLC 5572 Grand Ave, Suite 2 Gurnee, IL 60031 50% owner | 20-4583758 | Restaurant Management | 07/2006 | remains open |

The Potestas also are 50% owners with Mr. Potesta's sister, Linda Brown, who owns the other 50%, of the following properties:

Single-family residence located at 625 Riverside Drive, Libertyville, IL 60048

Single-family residence located at 415 Wrightwood Terrace, Libertyville, IL 60048

Condominium located at 300 E. Church Street, Unit 107 and parking spaces 18 & 70, Libertyville, IL 60048

See also Rider to Schedule A and Schedule D

**In Re: David & Kimberly Potesta**
**U.S. Bankruptcy Court for the Northern District of Illinois, Eastern Division**

### RIDER TO STATEMENT OF FINANCIAL AFFAIRS QUESTION 19a
### BOOKS, RECORDS AND FINANCIAL STATEMENTS

During the two years immediately preceding the commencement of this case, the following have kept or supervised the keeping of the books of account and records of the Debtors:

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Kimberly Potesta<br>739 Hillcrest Drive<br>Libertyville, IL 60048<br>(Restaurant Records) | 1994 to present |
| Skip McCann, CPA<br>Dam, Snell & Taveirne, Ltd.<br>1512 Artaius Parkway, Suite 100<br>Libertyville, IL 60048<br>(Personal Records) | 2000 to present |

Form 8
(10/05)

# United States Bankruptcy Court

## NORTHERN   District Of _____Illinois_____

In re POTESTA, DAVID &
KIMBERLY_____,
_____Debtor_____

Case No. _____
Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☐ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.
☐ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.
☐ I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| See Rider to Debtor's Statement of Intention | | | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| | | |

Date: *11-15-07*

_____
Signature of Debtor

--------------------------------------------------------------------------------

### DECLARATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

_____
Social Security No. (Required under 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person or partner who signs this document.*

Address

X_____        _____
Signature of Bankruptcy Petition Preparer        Date

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

Form 8
(10/05)

# United States Bankruptcy Court

## NORTHERN District Of Illinois

In re POTESTA, DAVID &
KIMBERLY ,
_____Debtor_____

Case No. _____
Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☐ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.
☐ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.
☐ I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| See Rider to Debtor's Statement of Intention | | | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| | | |

Date: _16-15-07_

_Kimberly K Potesta_
Signature of Debtor

------------------------------------------------------------------------------------------------
**DECLARATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____      _____
Printed or Typed Name of Bankruptcy Petition Preparer      Social Security No. (Required under 11 U.S.C. § 110.)
_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person or partner who signs this document._

Address

X_____      _____
Signature of Bankruptcy Petition Preparer      Date

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156._

**In Re: David & Kimberly Potesta**
**U.S. Bankruptcy Court for the Northern District of Illinois, Eastern Division**

### RIDER TO INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

The Potestas intend to continue to pay on the following secured property:

| DESCRIPTION OF PROPERTY | CREDITOR | ACCOUNT NO. |
|---|---|---|
| Single family residence at:<br>625 Riverside Drive<br>Libertyville, IL 60048<br>(co-owned with sister) | IndyMac Bank (1st Mortgage)<br>PO Box 78826<br>Phoenix, AZ 85062-8826 | 1004768543 |
|  | Wells Fargo (2nd Mortgage)<br>PO Box 4233<br>Portland, OR 97208-4233 | 650 3690458 |
| Condo at:<br>300 E. Church Street, Suite 107<br>Libertyville, IL 60048<br>(co-owned with sister) | IndyMac Bank<br>PO Box 78826<br>Phoenix, AZ 85062-8826 | 1006090714 |
| Single family residence at:<br>415 Wrightwood Terrace<br>Libertyville, IL 60048<br>(co-owned with sister) | IndyMac Bank<br>PO Box 78826<br>Phoenix, AZ 85062-8826 | 1004768550 |
| Personal Car:<br>2005 Volkswagen Jetta | Harris Bank<br>PO Box 6201<br>Carol Stream, IL 60197-6201 | 00009901246611 |
| Personal Bike:<br>2003 Harley Davidson | Harley Davidson Credit<br>8529 Innovation Way<br>Chicago, IL 60682-0085 | 20030403786854 |
| Personal Car:<br>1996 Cadillac Seville | Used, no payments |  |